IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-189-CR





EX PARTE: CHARLES COLEMAN RUSH,



 APPELLANT







 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 921930, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING



 





PER CURIAM



 Appeal is taken from an order of the district court denying relief on appellant's pre-trial application for writ of habeas corpus. Appellant has filed a motion to withdraw the appeal. 
No decision of this Court has been delivered. The motion is granted and the appeal is dismissed. 
See Tex. R. App. P. 59(b).


Before Justices Powers, Jones and Onion

Appeal Dismissed on Appellant's Motion

Filed: August 17, 1994

Do Not Publish